**UNITED STATES OF AMERICA,**
**Appellee,**

v.

**Luis Santiago RAMIREZ-GIL, Appellant.**

**No. 00–3532.**

United States Court of Appeals,
Eighth Circuit.

Submitted March 20, 2001.

Decided March 30, 2001.

---

1. The HONORABLE CHARLES R. WOLLE, United States District Judge for the Southern District of Iowa.

Before BOWMAN, BEAM, and LOKEN, Circuit Judges.

PER CURIAM.

Luis Santiago Ramirez–Gil pleaded guilty to illegally re-entering the United States after deportation, in violation of 8 U.S.C. § 1326(a). His sentence was enhanced under 8 U.S.C. § 1326(b)(2) and U .S.S.G. § 2L1.2(b)(1)(A) because he had previously been deported after being con-

victed of an aggravated felony. The District Court[1] sentenced him to 46 months imprisonment and 3 years supervised release.

Ramirez–Gil argues that *Apprendi v. New Jersey,* 530 U.S. 466, 120 S.Ct. 2348, 147 L.Ed.2d 435 (2000), required the government to charge the fact of his prior aggravated-felony conviction in the indictment. *Apprendi,* Ramirez–Gil argues, overruled *Almendarez–Torres v. United States,* 523 U.S. 224, 118 S.Ct. 1219, 140 L.Ed.2d 350 (1998), which had held that an earlier aggravated-felony conviction is a sentencing factor under 8 U.S.C. § 1326(b) that need not be charged as an element of the offense. *Apprendi,* however, held that *"other than the fact of a prior conviction,* any fact that increases the penalty for a crime beyond the prescribed statutory maximum must be submitted to the jury and proved beyond a reasonable doubt." 120 S.Ct. at 2362–63 (emphasis added). The *Apprendi* Court also explicitly declined to overrule *Almendarez–Torres. Id.* at 2362. Likewise, we decline to read *Apprendi* as disturbing the holding of *Almendarez–Torres. See United States v. Rush,* 240 F.3d 729, 731 (8th Cir.2001) (noting that *Apprendi* does not apply to fact of prior conviction); *United States v. Aguayo–Delgado,* 220 F.3d 926, 932 n. 4 (8th Cir.) ("In *Apprendi,* the Court left *Almendarez–Torres* untouched"), *cert. denied,* —— U.S. ——, 121 S.Ct. 600, 148 L.Ed.2d 513 (2000).

Accordingly, we affirm.

1. The Honorable Joseph F. Bataillon, United States District Judge for the District of Nebraska.